## STATE OF OREGON,
*Appellant,*

v.

## BRUCE MICHAEL TILLETT,
*Respondent.*

## (85-1302; CA A69772)

820 P2d 469

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for appellant.

R. Craig Hindley, Beaverton, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded. *State v. Burke*, 109 Or App 7, 818 P2d 511 (1991).